ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEX.
FILED
AUG 1 1 2021
CLERK, U.S. DISTRICT COURT
By_____
   Deputy

UNITED STATES OF AMERICA

v.

DEANTE MARQUKEIST LAWRENCE (01)
a/k/a "Deuanta Marqukeist Lawrence"
a/k/a "Deaunta Marqukeist Lawrence"

No.  4-21CR-212-O

## INDICTMENT

The Grand Jury Charges:

### Count One
Felon in Possession of Firearm
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about December 24, 2020, in the Fort Worth Division of the Northern District of Texas, the defendant, **Deante Marqukeist Lawrence**, also known as Deuanta Marqukeist Lawrence, and Deaunta Marqukeist Lawrence, knowing he had been convicted of a crime punishable by imprisonment for a term in excess of one year, did knowingly possess in and affecting interstate and foreign commerce the following firearm: a Beretta, model PX4 Storm, .45 caliber pistol, bearing serial number PK02701.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Forfeiture Notice
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of the offenses alleged in Count One of this indictment, and under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant **Deante Marqukeist Lawrence,** also known as Deuanta Marqukeist Lawrence, and Deaunta Marqukeist Lawrence, shall forfeit to the United States of America any firearm and ammunition involved in or used in the knowing commission of the offense, including but not limited to, the following: a Beretta, model PX4 Storm, .45 caliber pistol, bearing serial number PK02701, and any associated ammunition and accessories.

A TRUE BILL

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
FRANK L. GATTO
Assistant United States Attorney
Texas Bar No. 24062396
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

DEANTE MARQUKEIST LAWRENCE (01)
a/k/a "Deuanta Marqukeist Lawrence"
a/k/a "Deaunta Marqukeist Lawrence"

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Felon in Possession of Firearm
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

_____ /s/ Foreperson
FORT WORTH                                                FOREPERSON

Filed in open court this 11th day of August, 2021.

**Defendant in Federal Custody since   7/20/2021**

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:21-MJ-251-BJ